# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANITA WASHINGTON**

vs.    **CASE NUMBER: 5:04-CV-997 (GTS/GJD)**

**COUNTY OF ONONDAGA and ONONDAGA COUNTY CORRECTIONAL FACILITY AT JAMESVILLE**

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion for Summary Judgment is GRANTED and therefore plaintiff's complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 29th day of September, 2009.

DATED: September 29, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk